IN THE MATTER OF THE AD VALOREM VALUATION OF PROP-
ERTY LOCATED AT 406-411 NORTH LIBERTY STREET (F. W.
WOOLWORTH COMPANY, LESSEE), IN FORSYTH COUNTY,
NORTH CAROLINA, FOR THE YEAR BEGINNING JANUARY 1,
1968

No. 41

(Filed 11 October 1972)

APPEAL by Forsyth County from *Gambill, J.*, at the 4 April
1972 "A" Session of FORSYTH, heard prior to determination by
the Court of Appeals.

The judgment of the superior court affirmed the order
of the State Board of Assessment directing the county taxing
officials to reduce the tax valuation of the property in question
for the year 1968 from $273,280 to $232,910, such reduction to
be made in the value of the improvements upon the land.

*P. Eugene Price, Jr., for plaintiff.*

*Hatch, Little, Bunn, Jones & Few, by James C. Little and
Harold W. Berry, Jr., for defendant.*

LAKE, Justice.

This case is a companion to Case No. 40 in the matter of
the ad valorem valuation of property located at 411-417 West
Fourth Street in the City of Winston-Salem, decided this day.
The two matters were heard together in the State Board of
Assessment. The facts in the two cases are identical, except as
to the location of the properties and the numerical data. The
county's assignments of error and the questions of law raised
thereby are the same. For the reasons set forth in our decision
in Case No. 40, we find no error in the judgment of the superior
court.

No error.